**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberta Cabanaz STALEY,
Defendant–Appellant.**

**No. 11–50147.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.\*

Filed Feb. 24, 2012.

Anthony Robert Montero, Special Assistant U.S., Diana L. Pauli, Consuelo Woodhead, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerald Lee, Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Roberta Cabanaz Staley appeals from her guilty-plea conviction for health care fraud, in violation of 18 U.S.C. § 1347, for which she was sentenced to three years of probation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Staley's counsel has filed a brief stating there are no grounds

---

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.